UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-80147-MIDDLEBROOKS

LUIS SIERRA,

    Plaintiff,

v.

UTOPIA BAGELS OF NEW YORK, INC., d/b/a UTOPIA BAGELS,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff Luis Sierra's Notice of Voluntary Dismissal with Prejudice, filed on July 5, 2017. (DE 35). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or filed a motion for summary judgment. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE.** All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 10 day of July, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record